# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

v.

SEAN DECURE ALSTON,

               Defendant.

Case No. MJ09-571

**DETENTION ORDER**

Offense charged:

    Bank Fraud.

Date of Detention Hearing: March 2, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The Court did not receive any information about defendant's personal circumstances, history, medical issues, ties to the community or financial status. Defendant did not argue for

DETENTION ORDER - 1

release and stipulated to detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 2nd day of March, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge